IN RE: LASHUNDA ATKINS                                    CASE NO: 16-30307-DHW
       12155 PINEAPPLE HWY
       FOREST HOME, AL 36030

       Soc. Sec. No. XXX-XX-9975
                Debtor.

## INCOME WITHHOLDING ORDER

TO:    GENERAL PARTS DISTRIBUTION LLC
       ATTN PAYROLL
       2635 MILLBROOK RD
       RELEIGH, NC 27604

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that GENERAL PARTS DISTRIBUTION LLC withhold from the wages, earnings, or other income of this debtor the sum of **$60.00 BI-WEEKLY** and remit all such funds withheld to:

**CURTIS C REDING, CHAPTER 13 TRUSTEE**
**16-30307-DHW LASHUNDA ATKINS**
**P O BOX 613108**
**MEMPHIS TN  38101-3108**

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Tuesday, February 9, 2016   .

cc: Debtor                                  */ s / Dwight H. Williams Jr.*
    Debtor's Attorney                       _____
                                            Dwight H. Williams Jr.
                                            United States Bankruptcy Judge